IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
FRANK J. NAPOLITANO, JR.,            :
       Plaintiff,                   :
                                    :   Civil Action No. 07-0755
   v.                               :
                                    :
TOWN SPORTS INTERNATIONAL            :
HOLDINGS, INC. and TOWN SPORTS       :
INTERNATIONAL, INC.,                 :
                                    :
       Defendants.                  :
---------------------------------------------------------------X

## ORDER

AND NOW, this _____ day of _____ 2007, upon consideration of Defendants Town Sports International Holdings, Inc. and Town Sports International, LLC's motion to dismiss or change venue, and any response thereto, it is hereby ORDERED that said Motion is GRANTED. Plaintiffs' Complaint is hereby DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
,J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X
FRANK J. NAPOLITANO, JR.,                :
                                          :
      Plaintiff,                          :
                                          :      Civil Action No. 07-0755
  v.                                      :
                                          :
TOWN SPORTS INTERNATIONAL                 :
HOLDINGS, INC. and TOWN SPORTS            :
INTERNATIONAL, INC.,                      :
                                          :
      Defendants.                         :
-----------------------------------------------------------------X

**DEFENDANTS' MOTION TO DISMISS OR TO CHANGE VENUE**

Pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3) and 12(b)(6), defendants hereby move for an order dismissing plaintiff's complaint. In the alternative, defendants move to change venue pursuant to Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. §§ 1404 and 1406. In support of its motion, defendants rely upon the attached Memorandum of Law and the Affidavit of Richard Pyle.

(Signatures Continued to the Next Page)

                        Respectfully submitted,

*[signature]*

Brian T. Feeney
Bryan L. Norton (BLN5927)
GREENBERG TRAURIG, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: 215.988.7800
Facsimile: 215.988.7801

Of Counsel:

Jordan Stern, Esquire
Jesse T. Conan, Esquire
BECKER, GLYNN, MELAMED & MUFFLY, LLP
299 Park Avenue
New York, New York 10171
Telephone: 212.888.3033

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I, Bryan Norton, hereby certify that on this 11th day of April 2007, a true and correct copy of Defendant Town Sports International Holdings, Inc. and Defendant Town Sports International, LLC, Motion to Dismiss or to Change Venue, supporting Memorandum of Law and Declaration of Richard Pyle were served by first class United States mail upon the following:

>    Richard G. Tuttle, Esq.
>    ARCHER & GREINER, P.C.
>    One South Broad Street
>    Suite 1620
>    Philadelphia, PA  19107

_____
Bryan L. Norton