IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK J. NAPOLITANO, JR. | : CIVIL ACTION |
| Plaintiff, | : NO. 07-CV-755 |
| vs. | : |
| TOWN SPORTS INTERNATIONAL HOLDINGS INC. and TOWN SPORTS INTERNATIONAL, INC. | : |
| Defendants. | : |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(a)**

Plaintiff Frank J. Napolitano, Jr., through his undersigned counsel, hereby moves, pursuant to Fed. R. Civ. P. 56(a), for summary judgment on Count I of the complaint, and for partial summary judgment on Count II of the complaint. The bases for the plaintiff's motion, with supporting facts, points and authorities, are set forth in the accompanying Affidavit of Frank J. Napolitano, Jr., plaintiff's Statement of Undisputed Facts, and plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

*Richard D. Tuttle*
_____
Richard G. Tuttle
Archer & Greiner, P.C
Suite 1620
One South Broad Street
Philadelphia, PA  19107
(215) 963-3300
rtuttle@archerlaw.com

Counsel for Plaintiff
Frank J. Napolitano, Jr.

April 24, 2007

## CERTIFICATE OF SERVICE

     Richard G. Tuttle, counsel for the plaintiff in the within matter, hereby certifies that, on April 24, 2004, he served true and correct copies of Plaintiff's Motion for Summary Judgment, together with an Affidavit of Frank J. Napolitano, Jr., a Statement of Undisputed Facts, and a Memorandum of Law in support of said motion, on the following persons by ECF transmittal through the Court's ECF system, and by First Class Mail sent on said date:

     Brian T. Feeney, Esquire
     Bryan L. Norton, Esquire
     Greenberg Traurig, LLP
     2700 Two Commerce Square
     2001 Market Street
     Philadelphia, PA 19103

     Jordan Stern, Esquire
     Jesse T. Conan, Esquire
     Becker, Glynn, Melamed & Muffly, LLP
     299 Park Avenue
     New York, NY 10171

     Attorneys for Defendants

_/s/ Richard G. Tuttle_