IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK J. NAPOLITANO, JR. | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 07-CV-755 |
| | : | |
| vs. | : | |
| | : | |
| TOWN SPORTS INTERNATIONAL | : | |
| HOLDINGS INC. and TOWN SPORTS | : | |
| INTERNATIONAL, INC. | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

AND NOW, this _____ day of _____, 2007, upon consideration of defendants' motion to dismiss the plaintiff's claims under Fed. R. Civ. P. 12(b)(2), (3) and (6), or, in the alternative to transfer this action to the Southern District of New York, it is hereby ORDERED that said Motion is DENIED.

BY THE COURT:

_____
John R. Padova, J.