```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANK J. NAPOLITANO, JR.        :     CIVIL ACTION
                                :
              v.                :
                                :
TOWN SPORTS INTERNATIONAL       :
HOLDINGS, INC., ET AL           :     NO.  07-755
```

NOTICE

AND NOW, this 2nd day of May, 2007, please take note that a

[x] preliminary pretrial conference
[ ]

in the above-captioned case will be held on May 17, 2007 at 1:30 p.m. before the **Honorable John R. Padova**. This conference will be held

[x] in chambers, Room 17613
[ ] by telephone*
  *Counsel for the plaintiff will be responsible for contacting all parties, at which time you may contact Judge Padova's chambers at 215/597-1178.

If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date. Another attorney in such trial counsel's office, who should be as familiar as is feasible with the case, have authority from the client, and an evaluation of the case for settlement purposes, should appear at the conference.

Failure to comply with this directive may result in the imposition of sanctions. The conference will be continued to another date only under exceptional circumstances.

ATTEST:                              or    BY THE COURT:


BY: _____                    _____
    Gerrie M. Keane                        JOHN R. PADOVA,      J.
    Deputy Clerk

cc:     Richard G. Tuttle
        Bryan L. Norton