SCHEDULING INFORMATION REPORT
(To be completed and returned to Judge Padova's
Chambers three (3) days before the pretrial conference)

Caption: _____

Civil Action No.: _____

Jury Trial _____  Non-Jury Trial _____  Arbitration _____

Plaintiff's Counsel: _____

Address: _____

Phone: _____  Fax: _____

Defendant's Counsel: _____

Address: _____

Phone: _____  Fax: _____

Have you complied with the duty of self-executing disclosure under Federal Rule of Civil Procedure 26(a)? _____ When? _____ If not, why? _____
_____

Have you filed a discovery plan pursuant to Federal Rule of Civil Procedure 26(f)? _____ When? _____ If not, why? _____
_____

Discovery completed? _____ If not, when? _____

If you contend the discovery period should exceed four months after the last appearance by all defendants is filed, please state reasons:
_____

Ready for trial by: _____
                     Date
Is a settlement conference likely to be helpful? _____
If so, when: Early _____ (yes/no)    After discovery _____
Do you expect to file a case-dispositive motion? _____
If so, by what date? _____
Time to present your case: _____
Time for entire trial: _____
Date: _____

_____
Signature of counsel preparing the form

_____
Typed or printed name