IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No#___07-CV-0755___

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, ____Jordan E. Stern_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number ___23762___, for the $40.00 admission fee.

A.    I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 01/11/99 | 2943694 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.    I state that I am currently admitted to practice in the following federal jurisdictions:

| U.S.D.C., Southern District of New York | 10/15/02 | JS 8651 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S.D.C., Eastern District of New York | 11/06/02 | JES 8651 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Court of Appeals, 2nd Circuit | 01/06/06 | 06-179067 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.    I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for     Town Sports International Holdings, Inc. and Town Sports International, Inc.

_____
(Applicant's Signature)

___5/4/7___
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Becker, Glynn, Melamed & Muffly LLP

299 Park Avenue, 16th Floor

New York, NY  10171 - (212) 888-3033

Sworn and subscribed before me this

4th Day of May, 2007

_____
Notary Public

JUSTIN S. HOLDRIDGE
Notary Public, State of New York
No. 01HO6142118
Qualified in New York County
Commission Expires 3/13/2010

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Jordan E. Stern___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Brian T. Feeney | _(signature)_ | 1987 | 78574 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Greenberg Traurig, LLP

Two Commerce Square, Suite 2700

2001 Market Street, Philadelphia, PA  19103 (215) 988-7800

Sworn and subscribed before me this

7th Day of May , 200 7

_(signature)_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SUSAN S. HUDSON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 26, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK J. NAPOLITANO, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TOWN SPORTS INTERNATIONAL | : | NO.  07-CV-0755 |
| HOLDINGS, INC. AND TOWN | | |
| SPORTS INTERNATIONAL, INC. | | |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Jordan E. Stern

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Richard D. Tuttle

Archer & Greiner, P.C.

One South Broad St.

Philadelphia, PA  19107


_____
Signature of Attorney
Brian T. Feeney

_____
Name of Attorney    Town Sports
International Holdings, Inc.
and Town Sports International, Inc.

Name of Moving Party

5-7-07
_____
Date

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANK J. NAPOLITANO, JR.                 :        CIVIL ACTION
                                         :
            v.                           :
                                         :
TOWN SPORTS INTERNATIONAL                :        NO. 07-CV-0755
HOLDINGS, INC. AND TOWN
SPORTS INTERNATIONAL, INC.        ORDER

        AND NOW, this          Day of                , 200 , it is hereby

        ORDERED that the application of ____Jordan E. Stern____, Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

        ☐  GRANTED.

        ☐  DENIED.


                            _____
                                                          J.