

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANK J. NAPOLITANO, JR.  :  CIVIL ACTION
               :
    v.         :
               :
TOWN SPORTS INTERNATIONAL  :
HOLDINGS, INC. AND TOWN    :  07-CV-0755
SPORTS INTERNATIONAL, INC. :

FILED
MAY 9 2007
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

ORDER

AND NOW, this         Day of              , 200  , it is hereby

ORDERED that the application of __Jesse T. Conan__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.