

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANK J. NAPOLITANO, JR.          :  CIVIL ACTION
                                  :
            v.                    :
                                  :
TOWN SPORTS INTERNATIONAL         :
HOLDINGS, INC. AND TOWN           :  NO. 07-CV-0755
SPORTS INTERNATIONAL, INC.        :

FILED
MAY 9 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this _____ Day of _____, 2007, it is hereby

ORDERED that the application of __Richard N. Chassin__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.