

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANK J. NAPOLITANO, JR.  :  CIVIL ACTION
:
v.  :
:
TOWN SPORTS INTERNATIONAL  :  NO. 07-CV-0755
HOLDINGS, INC. AND TOWN  :
SPORTS INTERNATIONAL, INC.  :

FILED
MAY 9 2007
MICHAEL E. KUNZ, Clerk
Dep. Clerk

ORDER

AND NOW, this _____ Day of _____, 2007, it is hereby

ORDERED that the application of __Jordan E. Stern__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.