

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------X

FRANK J. NAPOLITANO, JR.

          Plaintiff,

-vs.-

TOWN SPORTS INTERNATIONAL
HOLDINGS INC. and TOWN SPORTS
INTERNATIONAL, INC.,

          Defendants.

------------------------------------------------------------------X

Civil Action No. 07-0755

FILED MAY 9 2007
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

RECEIVED MAY - 7 2007

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiff and defendants, that the time for defendants to respond to plaintiff's motion for summary judgment in this action is extended until May 29, 2007.

GREENBERG TRAURIG, LLP
Attorneys for defendants

_____
Brian T. Feeney
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 988-7800

ARCHER & GREINER, P.C.
Attorneys for plaintiff

_____
Richard G. Tuttle
Suite 1620
One South Broad Street
Philadelphia, PA 19107
(215) 963-3300

Dated: May 7, 2007

APPROVED, this _____ day of May, 2007:

_____
John R. Padova, J.