## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FRANK J. NAPOLITANO, JR. | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 07-6125 |
| | : | |
| vs. | : | |
| | : | |
| TOWN SPORTS INTERNATIONAL HOLDINGS INC., et al | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

    Kindly enter my appearance as counsel for the plaintiff, Frank J. Napolitano, Jr., in the above-captioned action.

    S/ *Richard G. Tuttle*
    _____
    Richard G. Tuttle (RT 4051)
    Archer & Greiner, P.C
    Suite 1620, One South Broad Street
    Philadelphia, PA  19107
    (215) 963-3300

    Counsel for Plaintiff
    Frank J. Napolitano, Jr.

July 25, 2007

## CERTIFICATE OF SERVICE

Richard G. Tuttle, counsel for the plaintiff in the within matter, hereby certifies that he served the foregoing Notice of Appearance on the following, counsel for defendant Town Sports International Holdings, Inc., et al, by CM/ECF electronic notice and by First Class Mail as follows:

>Jordan E. Stern, Esquire
>Becker, Glynn, Melamed & Muffly, LLP
>299 Park Avenue
>New York, NY   10171
>
>Counsel for Defendants

                                              S/   *Richard G. Tuttle*

                                              _____