UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08
```

FRANK J. NAPOLITANO, JR.,

                    Plaintiff,

-against-

TOWN SPORTS INTERNATIONAL
HOLDINGS INC., ET AL.,

                    Defendants.

07 Civ. 6125 (RJH)

**ORDER**

The parties are directed to appear for argument on defendants' motion to dismiss on March 24, 2008, at 10:00 a.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: New York, New York
       February 21, 2008

                                              Richard J. Holwell
                                              United States District Judge