UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08
```

FRANK J. NAPOLITANO, JR.,

                  Plaintiff,

-against-

TOWN SPORTS INTERNATIONAL
HOLDINGS INC., ET AL.,

                  Defendants.

07 Civ. 6125 (RJH)

**ORDER**

      For the reasons stated on the record at a conference held on March 24, 2008, the

Court denies defendants' motion to dismiss [3].  The Court sets the following schedule:

- Fact discovery shall be completed by September 24, 2008;

- Expert discovery shall commence on July 24, 2008 and be completed by
  September 24, 2008;

- A status conference shall be held on October 3, 2008, at 10:00 a.m. in the
  courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street,
  New York, New York 10007.

SO ORDERED.

Dated: New York, New York
       March 24, 2008

                                 Richard J. Holwell
                             United States District Judge