UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FRANK J. NAPOLITANO, JR.

        Plaintiff,

-vs.-

TOWN SPORTS INTERNATIONAL
HOLDINGS, INC. and TOWN SPORTS
INTERNATIONAL, INC.,

        Defendants.
----------------------------------------------------------X



Civil Action No. 07-6125 (RJH)



### Stipulation of Voluntary Dismissal

WHEREAS, Town Sports International, Inc. has been dismissed from this case by order of the United States District Court for the Eastern District of Pennsylvania, 2007 U.S. Dist. LEXIS 37864, May 23, 2007, and the remaining parties have agreed to settle and compromise this action; now

IT IS HEREBY STIPULATED AND AGREED, that this action is hereby dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or disbursements to either party.

Dated: New York, New York
       April 15, 2008

BECKER, GLYNN, MELAMED & MUFFLY, LLP
Attorneys for defendant Town Sports International
Holdings, Inc.

_Jordan S_____
Jordan E. Stern
299 Park Avenue
New York, NY 10171
(212) 888-3033

**SO ORDERED:**

_signature_
U.S.D.J.
4/28/08

Philadelphia, Pennsylvania
April 21, 2008

ARCHER & GREINER, P.C.
Attorneys for plaintiff

_Richard D. Tuttle_
Richard G. Tuttle
Suite 1620
One South Broad Street
Philadelphia, PA 19107
(215) 963-3300

The Clerk is requested
to close this case